In the
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff-Appellee Cross-Appellant [23-1944, 23-1971],

and

BAY MILLS INDIAN COMMUNITY; SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS; GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS; LITTLE RIVER BAND OF OTTAWA INDIANS; LITTLE TRAVERSE BAY BANDS OF ODAWA INDIANS,

    Intervenors-Appellees [23-1944],

v.

STATE OF MICHIGAN, and its agents,

    Defendants-Appellees [23-1944],

and

COALITION TO PROTECT MICHIGAN RESOURCES, fka Michigan Fisheries Resources Conservation Coalition,

    Amicus Curiae-Appellant Cross-Appellee [23-1944, 23-1971].

_____

Appeal from the United States District Court
Western District of Michigan, Southern Division
Honorable Paul L. Maloney

_____

**COALITION TO PROTECT MICHIGAN RESOURCES' MOTION FOR**
**30-DAY EXTENSION OF TIME TO FILE BRIEF**
_____

|  |  |
|---|---|
|  | Stephen O. Schultz (P29084) |
|  | Christopher S. Patterson (P74350) |
|  | David J. Szymanski, Jr. (P86525) |
|  | *Fahey Schultz Burzych Rhodes PLC* |
|  | Attorneys for Amicus Curiae-Appellant, Cross-Appellee |
|  | 4151 Okemos Road |
|  | Okemos, Michigan 48864 |
|  | (517) 381-0100 |
| Dated: February 28, 2024 |  |

## COALITION TO PROTECT MICHIGAN RESOURCES' MOTION FOR 30-DAY EXTENSION OF TIME TO FILE BRIEF

Pursuant to Fed. R. App. P. 26(b) and 6 Cir. R. 26(a), the Coalition to Protect Michigan Resources (the "Coalition") moves for a 30-day extension of time, to and including April 22, 2024, to file their Reply/Cross-Appellee Response Brief, and states as follows in support:

1. On December 19, 2023, the Coalition filed its Principal Brief. No extensions were requested by the Coalition.

2. On December 22, 2023, Appellee/Cross-Appellant United States of America ("Appellee/Cross-Appellant") and Appellees State of Michigan, Bay Mills Indian Community, Sault Ste. Marie Tribe of Chippewa Indians, Grand Traverse Band of Ottawa and Chippewa Indians, Little River Band of Ottawa Indians, and Little Traverse Bay Bands of Odawa Indians (collectively, the "Appellees") moved for a 30-day extension.

3. On December 26, 2023, notice was provided the Motion for Extension of Time was granted.

4. On February 20, 2024, Appellee/Cross-Appellant filed its Principal/Response Brief and Appellees filed Response Briefs. A total of four briefs were filed.

5. On February 23, 2024, counsel for the Coalition reached out to all lead counsel involved in this case and explained the Coalition intended to file for a 30-day extension and asked if the other parties planned to oppose the request. The Coalition only received a response from counsel for the Appellee/Cross-Appellant who stated the United States of America does not oppose the request.

6. The Coalition's Response/Reply Brief is currently due on March 21, 2024. Counsel seeks an extension of 30 days to allow it to fully prepare its Response/Reply Response Brief. A 30-day extension of time would be to and including April 22, 2024.

7. Good cause exists for a 30-day extension because counsel for the Coalition has other cases with corresponding filing deadlines, is preparing for a seven-day pre-scheduled bench trial starting on April 3, 2024, and requires additional time to fully address the arguments made by Appellees.

8. This is the Coalition's first request for an extension of time in this appeal.

                                                       Respectfully submitted,

Dated: February 28, 2024

*/s/ Christopher S. Patterson*
Christopher S. Patterson (P74350)
Stephen O. Schultz (P29084)
David J. Szymanski, Jr. (P86525)
*Fahey Schultz Burzych Rhodes PLC*
Attorneys for Amicus Curiae-Appellant,
Cross-Appellee
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements.

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains no more than 5,200 words. This motion contains 338 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman font.

Respectfully submitted,

Dated: February 28, 2024

Christopher S. Patterson (P74350)
Stephen O. Schultz (P29084)
David J. Szymanski, Jr. (P86525)
*Fahey Schultz Burzych Rhodes PLC*
Attorneys for Amicus Curiae-Appellant, Cross-Appellee
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, the foregoing document was served on all parties of record or their counsel of record through the CM/ECF system if they are registered users, or if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (designated below, if applicable).

Respectfully submitted,

Dated: February 28, 2024

/s/ Christopher S. Patterson
Christopher S. Patterson (P74350)
Stephen O. Schultz (P29084)
David J. Szymanski, Jr. (P86525)
*Fahey Schultz Burzych Rhodes PLC*
Attorneys for Amicus Curiae-Appellant,
Cross-Appellee
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100